SOPHIE SOREN, Appellant, v. A. SCHOTTLAND, INC., Respondent.— Order and order on reargument, in so far as appealed from, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, the discovery and inspection to proceed on five days' notice as provided for in the orders. The matter invoked as a general release of the first cause of action, and, therefore, urged as a bar to the discovery and inspection sought, with reference to the first cause of action, is not effective for that purpose so far as this record discloses. It specifies when the acts enumerated therein shall constitute a general release, and one of those acts is the payment of a sum of money. There is no allegation of the payment of that sum of money. There-fore, the matter thus invoked does not deprive the plaintiff of his right to a discovery and inspection. This conclusion, however, is arrived at without deciding whether the clause thus invoked is or is. not effective as a general release. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

HARRY SPIEGEL, Appellant, v. ADRIAN M. POTTER, Respondent.— Order reversed upon the law, with ten dollars costs and disbursements. Plaintiff's motion for summary judgment granted, with ten dollars costs. The defendant presented no proof by affidavit or otherwise of any facts sufficient to entitle him to defend within rule 113 of the Rules of Civil Practice. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

PHILIP SWIRSKY, Respondent, v. UNITED STATES CASUALTY COMPANY, Appel-lant.— Order striking out answer and granting summary judgment and judg-ment entered thereon reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, without costs. (*Brustein* v. *New Amster-dam Casualty Co.*, 255 N. Y. 137.) Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

WILLIAM TEICH, Respondent, v. NATHAN FELD, Appellant.— Judgment of the County Court of Suffolk county reversed upon the law and a new trial ordered, costs to abide the event. The record discloses questions of fact which should have been submitted to the jury, especially upon the issue of whether or not plaintiff was the procuring cause of the sale. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

JENNIE THOMPSON, as Administratrix, etc., of JOHN THOMPSON, Deceased, Respondent, v. GEORGE COLON & Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.